IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | )<br>)<br>) |
| Plaintiffs, | ) Case No. 13 C 4468 |
| | ) Judge Pallmeyer |
| v. | ) |
| SUMMIT ENTERPRISES CO. and JOHN BODENDORFER | )<br>) |
| Defendants. | ) |

## Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court for an entry of judgment and in support Plaintiffs state:

1. This is and ERISA trust fund case seeking delinquent contributions, interest, liquidated damages, dues check-off and attorney fees.

2. On October 15, 2013 this Court entered an Order of Default against the Defendants for their failure to answer the complaint. (Exhibit A)

3. The Order of Default directed the Defendant, among other things, to submit reports, contributions and the dues deducted from th e employees' pay checks. The Court retained jurisdiction to enter a final judgment for the contributions and dues checkoff shown to be owed. (Exhibit A)

4. The Defendants submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $39,703.83 for the months of May 2013 through December 2013. The Defendants also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $2,740.80 for the period June 2013 through December 2013. (Exhibit B, affidavit of John Libby)

5. Defendant, John Bodendorfer, is personally liable for the dues under the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, et seq. John Bodendorfer is an officer of Summit Enterprises Co. and knowingly permitted and willfully refused to remit dues on behalf of its employees in violation of the Wage Act. 820 ILCS 115/14.

6. Summit Enterprises Co. owes interest on the unpaid ERISA contributions in the amount of $414.67 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (Exhibit B)

6. Summit Enterprises Co. owes liquidated damages on unpaid ERISA contributions in the amount of $8,985.66 for the period February 2013 through December 2013 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit B)

7. The Defendant owes the sum of $6,444.75 for necessary and reasonable attorney fees and costs of $510 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit C, affidavit of Daniel P. McAnally)

WHEREFORE, Plaintiffs pray that their motion for entry of judgment be granted against Summit Enterprises Co. in the amount of $58,799.71 and against John Bodendorfer in the amount of $2,740.80.

Respectively submitted,

s/ DANIEL P. McANALLY
Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312.251.9700